# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

WILLIAM EARNEST,

    Defendant.

Case No. 3:21-CR-00104

JUDGE MICHAEL J. NEWMAN

---

**ENTRY REFERRING DEFENDANT TO DR. MASSIMO DeMARCHIS, PSY.D., FOR AN EXAMINATION TO DETERMINE PRESENT MENTAL STATUS AND TESTING TO DETERMINE COGNITIVE ABILITIES AND POTENTIAL OF DEFENDANT, PURSUANT TO 18 U.S.C. § 3552(c); PROCEDURES ORDERED OF COUNSEL; REQUEST OF DR. DeMARCHIS AND OF COUNSEL**

---

This Court, upon its own motion, pursuant to 18 U.S.C. § 3552(c), refers Defendant herein to Dr. Massimo DeMarchis, Psy.D., for the purposes of a mental status evaluation and testing to determine defendant's cognitive abilities and potential.

Accordingly, it is the request of this Court that counsel for the Defendant and the Government furnish Dr. Massimo DeMarchis, Psy.D. with any materials and/or statements they wish within seven days from the date of this Entry. For its part, the Court will furnish the Superseding Information and Statement of Facts to the Plea Agreement. Dr Massimo DeMarchis, Psy.D. should delay any evaluation until expiration of the seven-day period.

The officials at the Miami County Incarceration facility are to do all within their power to facilitate this evaluation.

November 10, 2021

                      *s/ **Michael J. Newman***
                      **UNITED STATES DISTRICT JUDGE**