UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

     Plaintiff,                           Case No. 3:21-cr-104

vs.

WILLIAM EARNEST,                District Judge Michael J. Newman
                                   Magistrate Judge Peter B. Silvain, Jr.

     Defendant.

---

**ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (DOC. NO. 24)**

---

This criminal case is before the Court on the Report and Recommendation of the United States Magistrate Judge, recommending that the Court accept Defendant's guilty plea.  Doc. No. 24.  There being no objections, the Court **ADOPTS** the Report and Recommendation in full.  The Court accepts Defendant's plea of guilty as charged in Count One of the Superseding Information, which charges him with possession with intent to distribute 40 grams or more of fentanyl, 21 U.S.C. §§ 841(a)(1) and (b)(1)(B).  Doc. No. 20.  The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

     **IT IS SO ORDERED.**

Date:  November 15, 2021                s/ Michael J. Newman
                                          Hon. Michael J. Newman
                                          United States District Judge